U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Rome
(USAO: 2023R00011)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 1 2 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Gordon

DISTRICT COURT NO.
MAGISTRATE CASE NO.

UNDER SEAL

X Indictment
DATE: September 12, 2023

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JANA KANYADAN

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

4:23CR- 28

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Tal C. Chaiken
Defense Attorney: