IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| JANA KANYADAN, SIVAKUMAR THIYAGASAMDRAM, MADHU SHIVALINGEGOWDA, and CHINTAN SANDESARA | No. 4:23-CR-28 |

### Order

Having read and considered the Government's Motion to Unseal Indictment and for good cause shown therein,

It is hereby ORDERED that the Indictment in the above-referenced action shall be unsealed.

SO ORDERED this 21st day of September, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Presented by:
Tal C. Chaiken
Assistant United States Attorney